UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-60723-REID

CAMPBELL KELLY, *et al.*,

    Plaintiffs,

v.

EL CAMINO FORT LAUDERDALE, LLC,

    Defendant
_____/

**ORDER GRANTING THE PARTIES'
JOINT MOTION FOR SETTLEMENT APPROVAL
AND DISMISSING THE CASE WITH PREJUDICE**

This matter is before the Court on the Parties' Joint Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice. [ECF No. 58]. Having reviewed the motion and conducted a fairness hearing, the Court **APPROVES** the Parties' Settlement Agreement and **GRANTS** the Parties' Joint Motion. [ECF No. 58]. The Court will retain jurisdiction to enforce the terms of the settlement agreement for **30 days**. All pending Motions are **DENIED AS MOOT**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** the file.

    **DONE AND ORDERED** this 13th day of November 2023.

                                                    LISETTE M. REID
                                                  UNITED STATES MAGISTRATE JUDGE